

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2023

No. 04-23-00013-CR

Jeffrey Wayne **NEWMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 658978
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

The reporter's record was originally due December 11, 2022, but was not filed. On January 10, 2023, the court reporter filed a notification of late record, requesting an extension until February 10, 2023 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record by **February 10, 2023**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court